UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HOME IMPROVEMENTS OF AMERICA, INC., a California corporation, DBA 3 DAY KITCHENS AND BATHS,<br><br>    Plaintiff,<br><br>    v.<br><br>HOME DEPOT U.S.A., INC., a Delaware corporation, and DOES 1-10,<br><br>    Defendants. | Case No.: CV 14-07902 CAS (RZx)<br><br>[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE |

UPON STIPULATION OF THE PARTIES, THE COURT HEREBY ORDERS THAT this action is dismissed with prejudice.  The parties shall each bear their own attorney's fees and costs.

*[signature: Christina A. Snyder]*

Date: December 19, 2014

UNITED STATES DISTRICT JUDGE